UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR2985-WQH |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| EDUARDO BARAJAS, ET AL., | |
| Defendants. | |

Upon motion of the UNITED STATES OF AMERICA and for good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 07CR2985-WQH shall be unsealed.

SO ORDERED.

DATED: 11/6/07

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney