AO 94 (10/82)

**COMMITMENT TO ANOTHER DISTRICT**
(Rule 40, Federal Rules of Criminal Procedure)

# United States District Court

| | |
|---|---|
| **DISTRICT** | EASTERN DISTRICT OF CA |
| UNITED STATES OF AMERICA v. Miguel Rivera Medina | **DOCKET NO.** |
| | **MAGISTRATE CASE NO.** 5:07 mJ 00039 TAG |

CHARGES AGAINST THE DEFENDANT ARE FILED BASED UPON AN
☒ indictment  ☐ information  ☐ complaint  ☐ Other (specify)

charging a violation of  21 U.S.C. § 841(a)(1) 846

**DISTRICT OF OFFENSE:** Southern District of CA

**DATE OF OFFENSE:** 5-17-07

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute Methamphetamine

**BOND IS FIXED AT $** detained

**DISTRICT:** Eastern District of CA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District, or to some other officer authorized to receive the defendant.

11/15/07
Date

_[signature]_
DENNIS L. BECK, U.S. Magistrate Judge

FILED
NOV 16 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |